UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
MAY 27 2016
5-27-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JAMES RoBerts
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:16-cv-5693
Judge Sharon Johnson Coleman
Magistrate Judge Sheila M. Finnegan
PC5

vs.

SHeriff Tom Dart
Director Reyes
Superintendant Brown
Sgt. Moore
SHeriff Salmon
SHeriff Murillo

SHeriff JoHN Does
SHeriff Ravelo
SHeriff Garibo

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

  X   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Filing under ADA

I. **Plaintiff(s):**

  A. Name: JAMES ROBERTS

  B. List all aliases: _____

  C. Prisoner identification number: _____

  D. Place of present confinement: Cook County Jail

  E. Address: P.O Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Tom Dart
  Title: Sheriff
  Place of Employment: Cook County Jail

  B. Defendant: Mr. Reyes
  Title: Director
  Place of Employment: Cook County Jail

  C. Defendant: Mr. Brown
  Title: Superintendant
  Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant Mr. Moore
 title: Sgt.
Place of employment: Cook County Jail

Defendant Mr. Salmon
 title: Sheriff
Place of employment: Cook County Jail

Defendant Mr. Ravelo
 title Sheriff
Place of employment: Cook County Jail

Defendant Mr. Murillo
 title Sheriff
Place of employment: Cook County Jail

Defendant Mr. Garibo
 title Sheriff
Place of employment: Cook County Jail

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

## Statement of Claim:

1)

2,6,16

On 2,6,16 I was sleeping in cell 6 when CCDOC Sheriff D. Salmon open the cell 6 Door Salmon told me that it was time to come out of cell 6 - I asked Salmon for my 2 Hours out of cell 6. I asked Salmon to put the Television on Channel 25, Plus to turn on the phones I tried to call my Brother - I could not reach my Brother So I decised to take a shower I asked Salmon to speak to a white shirt Salmon left the Tier Area - white shirt moore came in the shower area pulled out his spray and sprayed me in the Eyes and my face and Head all over my Body I could not see I can not stand up Because when my Right leg was amputeed My left foot was Drilled a Hole in the ball of my foot - I was none weight Bearing Plus I have no upper Body Strenght when I fall I Develop Thrombo Phebelitis Plus if I Break A bone I do not Heal why Did white shirt moore spray me? I am Housed Alone - II am out alone No one was out But me

STATEMENT OF CLAIM; 2,6,16

2) White shirt Moore had all of my medical information - Because Moore had to help me before when I was in the shower division 8RTU 3A cell 10 I had to explain to Moore about all of my medical issues or problems - Moore knew all my problems - Because Moore had to have the CCDOC Sheriffs to carry me back in to cell 10 The next time that I saw Moore I told Moore Thank you - Because I was very sick - So why did Moore spray me at all? After I was sprayed the CCDOC Sheriffs Moore for no reason at all - Moore should have got me medical help The Sheriffs put me into the chair starp down and rolled me out of the tier naked to the dispensary to wash out my eyes and rolled me back to 8RTU 3E cell 6 I was left in my own body wastes I could not take a shower for over 35 hours Also I losted all my clothes underwear 2 pair tops Toiletries 2 pair bottoms 4 tee shirts

STATEMENT OF CLAIM.

3)

Complain Narrative continues
I was stripped of my Human Dignity
I was Hurt and grabbed and put into a chair that held me down I was naked and taken naked down the Hallway while jokes were made about my lord and Savior I was not treated like a child of God I was treated like a slave worst than a wild animal, left hurt and hurting would losted and naked in my own Body wastes my clothes were thrown away locked up and left in a cold cell afraid Now I have nightmares and very Negative mood swings plus I can not sleep I feel like someone and not like a Human Being animals get better threatment. I have Thrombo Phebitis Diabetic High Blood Pressure Now I have fear and I am not getting correct medical care so I am afraid I have not taken but one shower I before would take showers 7 day week I am afraid I do not trust any one after moore mental spiritual abuse physical abuse psychological abuse harassment intimidation assaultes on a 67 year old amputee that can not walk act of retaliation harassment that caused pain and suffering also my constitutional

4)

2,6,16

Spread By CCDOC white shirt Moore made me Naked because Moore stripped me of All my Human Dignity I was Hurt I am Not Full of Fear I Am Afraid To Trust Any one I Am Afraid To Hope I Feel Unwanted I Feel Uncared for Neglected I Feel Trapped I Am Afraid To Take A shower I have every Negative emotional Stress I have uncontrol Anxiety I Becomes very very Depressed I have Nightmares I Am Afraid every time That I see Moore

Moore Spiritually mentally Psychologal Physical Discrumination That Afflicted Pain And Suffering I have Suffered Death Night After Night I Feel like committing Suicide I Have only Taken one shower since Moore Abuse Assault Harassment Intimidation I Feel unsafe in my Housing Unit Environment

5.) I Am A Amputee Plus I Have Blood Clots Oxygen Dripriuation Moore should Have got me medical Help I was Hurt Physically It was over 35 to 40 Hours Before I could Take Shower I losted all of my personal Property was Thrown Away - Still To Day 3,21,16 I Have Not Taken Any other Shower But one To Wash That Spray off me - I Am Afraid To Take Shows I would take showers 7 Days A wee Before I have nightmares I Am Always Afraid I Am Depress Because I Do Not Trust Any one I Feel like I want To commit Suicide when I Fall I Develop Blood Clots Blood Clot Kill Instantly Plus when I Fall I Do Not Heal moore could killed me Beside me getting Hurt

pg. 6 last page of complaint

All defendants violated my 8th, 4th, 14th amendment excessive force, cruel unusual punishment, deliberate indifference to my life, medical, mental health, safety needs; Am holding defendants liable also the supervisors liable, so am asking for redress also suing all involved.

Am filing this under ADA. I also fear for my life also mentally damaged plus physically damaged my dueprocess was violated also my constitutional rights.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pain And suffering $6.5 Million Dollars

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 3 day of 25, 20 16

James Roberts X
(Signature of plaintiff or plaintiffs)

James Roberts X
(Print name)

201409 10003
(I.D. Number)

Cook County Jail P.O Box, 089002
Chicago, Il, 60608
(Address)

6

Revised 9/2007



**SHERIFF'S OFFICE OF COOK COUNTY**
**OFFICE OF PROFESSIONAL REVIEW**
**COMPLAINT REGISTER**

**Complainant Information**

NAME (Last, First, M.I.): Roberts James S
AGE: 67
DATE OF BIRTH: 8, 18, 1948
HOME #:
HOME ADDRESS:
CITY:
WORK/OTHER #:
STATE:
ZIP CODE:
STATE I.D./D.L. #:
STATE OF ISSUANCE:

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

DATE OF INCIDENT: 2, 6, 16
TIME OF INCIDENT: 830AM — 3P
LOCATION OF INCIDENT: 8RTU 3E Bathroom Shower Area

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

CCDOC White Shirt Sergeant moore

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☐ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| | | |
| | | |
| | | |

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

I was Taking A Shower I had Asked to get fair Treatment for Time out of Cell 6 Sergeant moore came to the Shower Area I told moore that I had A Hearing problem That I need A Hearing Aide moore sprayed me in Blood of my Eyes and Head and all over my Body - So That I could not see I was picked up nake and put in A chair and Rolled out of The Shower ☐ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: _____ RECEIVED BY: _____
IAD/IG #:



# COOK COUNTY SHERIFF'S OFFICE (OFICINA DEL SHERIFF DEL CONDADO DE COOK)
## INMATE DISCIPLINARY HEARING - FINDINGS OF FACT AND DECISION

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV08-2016-1898 | | 1360353 | NONE | NONE | 704888 |

### INMATE INFORMATION

| Inmate's Name (Print): James Roberts | Inmate's DOB: 8/18/1948 | Booking Number: 20140910003 | Division/Unit: Division 8 RTU | Inmate's Living Unit: DIV08-3E-6-1 |
|---|---|---|---|---|

Infraction: ☐ Additional Infractions Pg.2
Waive 24 Hr. Notice: ☐ YES ☑ NO
Date of Hearing: 2/9/2016
Inmate's Plea to Charge: ☐ GUILTY AS CHARGED ☑ NOT GUILTY

NUMBER: CHARGE:
Representative/Interpreter: ☐ YES ☑ NO
Is Inmate Housed in Pre-Hearing Segregation? ☐ YES ☑ NO
NAME: TITLE:
If YES, how many days? Date Placed:

**INMATE'S STATEMENT:** ALL THAT'S A LIE. EVERY LAST BIT IS A LIE. I WAS TAKING A SHOWER, I DIDN'T REFUSE ANYTHING. I DIDN'T RESIST ANYTHING.

Inmate's Signature:

☐ DNA

### INMATE'S WITNESS INFORMATION

| Witness Name | | Inmate ID/Star | Signature | Date |
|---|---|---|---|---|
| A GARIBO | ☐ INMATE ☑ STAFF | | | |

Statement:
R/O Garibo #17215 responded to a call heard on the radio by Officer Salmon #16224 stating that an inmate was refusing to lock up. R/O entered the tier along with Ofc. Ravelo #115862, Ofc. Murillo #15921 and Sgt. Moore #3201. R/O was on scene and saw inmate Roberts, James #20140910003 refusing to leave the shower area. R/O saw Sgt. Moore deploy O.C. spray once inmate continued being defiant and remaining in the shower. After OC deployment R/O was handed the taser camera by Sgt. Moore and asked to continue filming while the Sgt made notifications for psych/medical and shift commander. Filming continued till inmate was taken into medical room for decontamination.

| Witness Name | | Inmate ID/Star | Signature | Date |
|---|---|---|---|---|
| A RAVELO | ☐ INMATE ☑ STAFF | | | |

Statement:
R/O Ravelo #15862 responded to a call heard on the radio by Officer Salmon #16224 stating that an inmate was refusing to lock up. R/O entered the tier along with Ofc. Murillo #15921, Ofc. Garibo #17215 and Sgt. Moore #3201. R/O was ordered to attempt escort of inmate Roberts, James #20140910003 although once he withdrew his arm, Sgt. Moore deployed O.C. Spray. Once the transport chair arrived, R/O assisted Ofc Salmon with lifting inmate Roberts into the seat and taking him for medical (O.C decontamination). Post decontamination, inmate Roberts was returned to his cell without further incident.

| Witness Name | | Inmate ID/Star | Signature | Date |
|---|---|---|---|---|
| D MURILLO | ☐ INMATE ☑ STAFF | | | |

Statement:
R/O Murillo #15921 responded to a call heard on the radio by Officer Salmon #16224 stating that an inmate was refusing to lock up. R/O entered the tier along with Ofc. Ravelo #15862, Ofc. Garibo #17215 and Sgt. Moore #3201. R/O watched as inmate Roberts withdrew his arm from Ofc. Ravelo and as Sgt. Moore deployed O.C. Spray. Once the transport chair arrived, R/O assisted with securing inmate Roberts into the seat and taking him for medical (O.C decontamination). After decontamination, inmate Roberts was returned to his cell without further incident.

| Witness Name | | Inmate ID/Star | Signature | Date |
|---|---|---|---|---|
| D SALMON | ☐ INMATE ☑ STAFF | | | |

Statement:
Details within incident report.

### DISPOSITION BY DISCIPLINARY HEARING OFFICER
IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT (Mark all that apply)

| ☑ GUILTY AS CHARGED | ☐ NOT GUILTY | ☐ NOT ADJUDICATED |
|---|---|---|
| The above findings are based on the following: | The above findings are based on the following: | The above findings are based on the following: |
| ☐ INMATE STATEMENT | ☐ INMATE STATEMENT | ☐ INMATE AT COURT | ☐ INMATE HAS BEEN DISCHARGED |
| ☐ WITNESS STATEMENT | ☐ WITNESS STATEMENT | ☐ INMATE TRANSFERRED TO AN OUTLYING COUNTY | ☐ INMATE SHIPPED |
| ☐ PHYSICAL EVIDENCE | ☐ LACK OF PHYSICAL EVIDENCE | | ☐ HEARING DATE EXCEEDED 8 DAYS |
| ☑ INMATE DISCIPLINARY REPORT | ☐ INMATE DISCIPLINARY REPORT | ☐ OTHER: _____ EXPLAIN: _____ | EXPLAIN: _____ |
| ☐ OTHER: _____ EXPLAIN: _____ | ☐ OTHER: _____ EXPLAIN: _____ | NEXT HEARING DATE: _____ | ☐ OTHER: _____ EXPLAIN: _____ |

### HEARING OFFICER'S DECISION

☐ SANCTION(S)

| SANCTION | SPECIFY | LENGTH OF TIME |
|---|---|---|
| Out Alone / House Alone | | 1 Hour Per Day |

☑ SEGREGATION Number of days: 26
Number of days served: _____
Number of days remaining: _____

☐ RESTITUTION ☐ Yes ☐ No
If YES, specify:

☐ MENTAL HEALTH REVIEW ☐ Yes ☐ No
If YES, specify changes:

**HEARING OFFICER'S EXPLANATION OF FINDINGS:**
403 - G - 26 DAYS → March 02, 2016 (Out Date)
REPORT SUPPORTS GUILT.
210 & 212 - NOT GUILTY

Disciplinary Hearing Officer (Print): Signature: Date:

THIS IS MY LAWSUIT
JAMES ROBERTS
#20140910003
PLEASE SEND IT Addressed
to ME THANK YOU
Att#clerk#

Direct to
JAMES Robert
#20140910003
P.O Box 089002
CHICAGO, IL, 60608

Proof of service:
Certificate of service:
I swear under perjury law
I sent Documents to 219 S.
Dearborn By placing in mail
At Cook County Jail on 3-25-16

X James Roberts
20140910003